The People of the State of New York, Respondent, v. Charles Eisenstock, Appellant.—Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Henry Miller, Appellant, Impleaded with Isaac Smuckler.—Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Herman Gottlieb, Appellant.—Judgment affirmed. No opinion.

John J. Vaughan, Respondent, v. John F. McGowan and John T. Connolly, Copartners, Doing Business under the Firm Name and Style of McGowan & Connolly, Appellants.—Judgment and order affirmed, with costs. No opinion.

Kline Brothers & Company, Appellant, v. The Hanover Fire Insurance Company of the City of New York, Respondent.—Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion.

Wilhelmina Shaffer and Others, Respondents, v. William Bradley, Appellant. Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Michael A. Waters, Relator, v. Cyrus C. Miller, as President of the Borough of the Bronx, Respondent.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Athole B. Reader, Appellant, v. James B. Haggin, Respondent.—Judgment and order affirmed, with costs. No opinion.

Sallie S. Brown, Respondent, v. The Cleveland Trust Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

George S. Alexander, Respondent, v. Cora E. Raynor, Appellant.—Judgment affirmed, with costs. No opinion.

Abraham Levy, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Respondents.—Judgment and order affirmed, with costs. No opinion. Clarke, J., dissenting.

Clara Zwecker and Henrietta Tauber, Respondents, v. Sarah Levine and Bernard Levine, Appellants.—Judgment and order affirmed, with costs, on 135 Appellate Division, 432.

Caroline J. Taylor, Appellant, v. Nathan H. Heft, Respondent.—Order affirmed, with costs. No opinion.

In the Matter of the Contested Will of Sarah R. Bartnett, Deceased. Frank A. Bartnett, Proponent, Appellant; Pierre Bartnett and Others, Respondents.— Decree affirmed, with costs to special guardian payable out of the estate. No opinion.

Gasparo Lo Monaco, Appellant, v. Murphy Construction Company, Respondent.—Judgment affirmed, with costs, on 132 Appellate Division, 674.

Albert R. Brandly, Respondent, v. United States Fidelity and Guaranty Company, Appellant.—Judgment affirmed, with costs. No opinion.

In the Matter of Andrew D. Parker.—Reference ordered. Settle order on notice.

Andrew W. Kaulbach and Others, Respondents, v. Knickerbocker Trust Company, Appellant.—Appeal dismissed, without costs. No opinion.

The People of the State of New York, Respondent, v. Agnes Leaman, Appellant.—Judgment and order affirmed. No opinion.